# ALSTON & BIRD

90 Park Avenue
New York, NY  10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Adam J. Kaiser  Direct Dial: 212-210-9465  Email: adam.kaiser@alston.com

August 21, 2020

| Application granted. |
| SO ORDERED. |
| /s/ John G. Koeltl |
| New York, NY   John G. Koeltl |
| August 24, 2020   U.S.D.J. |

**VIA ECF**

The Honorable John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York  10007

  Re: **The Legacy Agency, Inc. v. Brodie Scoffield et al.**
     **No. 1:20-cv-5771 (JGK)**

Dear Judge Koeltl:

  The firm is counsel to Respondents/Defendants in this action.  The MLBPA today filed a lengthy amicus brief in this matter, on the consent of the parties and as "so ordered" by this Court.  There is no specific rule in this Court for the period of time in which parties may respond to amicus briefs.  Given the length of the amicus brief and the fact that I will be traveling for two weeks starting tomorrow (vacation and then taking my son to college), we respectfully request that the Court permit the parties to file responses, if any, in three weeks, by September 11, 2020.  The MLBPA agrees with this proposed schedule; I have emailed Plaintiff to consent as well, but have not receive any response.

          Respectfully submitted,

          /s/ Adam J. Kaiser
          ADAM J. KAISER

cc:  Counsel of Record