# ALSTON & BIRD

90 Park Avenue
New York, NY  10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Reade W. Seligmann                  Direct Dial: 212-210-9453                  Email: reade.seligmann@alston.com

August 28, 2020

| | |
|---|---|
| | Application granted. |
| | SO ORDERED. |
| | /s/ John G. Koeltl |
| | New York, NY       John G. Koeltl |
| | August 31, 2020       U.S.D.J. |

**VIA ECF**

The Honorable John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:    **The Legacy Agency, Inc. v. Brodie Scoffield** *et al.*
            **No. 1:20-cv-5771 (JGK)**

Dear Judge Koeltl:

      This firm is counsel to Respondents/Defendants Brodie Scoffield, Meghan Whelan, and Chris Amezquita in this action.  In its Order, dated August 18, 2020, the Court granted the parties' requests that all future filings redact any quotation of the subject arbitral award and that all future filings consisting of materials submitted in the subject arbitration be filed under seal. (*See* D.E. 18).  Respondents/Defendants write pursuant to the August 18 Order to seek leave to file (i) a redacted brief in further support of their cross-petition to vacate the arbitral award and (ii) Exhibit A attached thereto, under seal. Exhibit A contains Respondents/Defendants' post-hearing brief submitted in the underlying arbitration.

      Wherefore, Respondents/Defendants respectfully request that their motion to file a redacted reply brief and to file its accompanying exhibit under seal, be granted.

                                            Respectfully submitted,

                                          */s/ Reade W. Seligmann*
                                          READE W. SELIGMANN

cc:  Counsel of Record

Atlanta • Beijing • Brussels • Charlotte • Dallas • Los Angeles • New York • Research Triangle • San Francisco • Silicon Valley • Washington, D.C.