# ALSTON & BIRD

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Reade W. Seligmann           Direct Dial: 212-210-9453           Email: reade.seligmann@alston.com

September 11, 2020

**VIA ECF**

The Honorable John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

Re:   The Legacy Agency, Inc. v. Brodie Scoffield et al.
      No. 1:20-cv-5771 (JGK)

Dear Judge Koeltl:

This firm is counsel to Respondents/Defendants Brodie Scoffield, Meghan Whelan, and Chris Amezquita in this action. In its Order, dated August 18, 2020, the Court granted the parties' requests that all future filings redact any quotation of the subject arbitral award and that all future filings consisting of materials submitted in the subject arbitration be filed under seal. (See D.E. 18). Respondents/Defendants write pursuant to the August 18 Order to seek leave to file (i) a redacted brief in response to the brief filed by Amicus Major League Baseball Players' Association and (ii) Exhibit A attached thereto, under seal. Exhibit A contains portions of Plaintiff/Claimant The Legacy Agency, Inc.'s post-hearing reply memorandum submitted in the underlying arbitration.

Wherefore, Respondents/Defendants respectfully request that their motion to file a redacted brief and to file its accompanying exhibit under seal, be granted.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/14/20

Respectfully submitted,

/s/ Reade W. Seligmann
READE W. SELIGMANN

cc: Counsel of Record