**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE LEGACY AGENCY, INC.,

                    Petitioner,           20-cv-5771 (JGK)

        - against -                       ORDER

BRODIE SCOFFIELD, MEGHAN WHELAN, and
CHRIS AMEZQUITA,

                    Respondents.

JOHN G. KOELTL, District Judge:

        As discussed during oral argument held on July 9, 2021, by

July 23, 2021, the parties and amicus MLBPA should file their

supplemental submissions regarding this Court's jurisdiction

under 28 U.S.C. §§ 1332(a) and 1367(a) and 28 U.S.C. § 1331 and

29 U.S.C. § 185.  Responses, if any, are due July 30, 2021.

SO ORDERED.

Dated:    New York, New York
          July 9, 2021

                                    John G. Koeltl
                                    United States District Judge