# KAPLAN RICE LLP

142 West 57th Street, Suite 4A, New York, NY 10019

Howard J. Kaplan
Partner
Email: hkaplan@kaplanrice.com
Direct: 212.333.0219

July 23, 2021

**Via ECF and E-Mail**

The Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *The Legacy Agency, Inc. v. Brodie Scoffield, et al.*
      **No. 1:20-cv-5771 (JGK)**

Dear Judge Koeltl:

We represent The Legacy Agency, Inc. in the above-referenced action. Pursuant to the Court's August 18, 2020 order, the Court granted the parties' requests that all future filings redact any quotation or any specific findings or holdings of the subject arbitral award. (*See* ECF No. 18). TLA seeks leave pursuant to the August 18, 2020 order to file a redacted supplemental letter, and an unredacted letter under seal, concerning the Court's subject matter jurisdiction.

Respectfully submitted,

*/s/ Howard J. Kaplan*

Howard J. Kaplan

cc: Counsel of Record

APPLICATION GRANTED
SO ORDERED

7/26/21

John G. Koeltl, U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021
```

{00125525.1}

Main: 212.235.0300  |  Facsimile: 212.235.0301  |  www.kaplanrice.com