UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE LEGACY AGENCY, INC.,

               Petitioner,        20-cv-5771 (JGK)

    - against -             ORDER

BRODIE SCOFFIELD, MEGHAN WHELAN,
and CHRIS AMEZQUITA,

               Respondents.

---

JOHN G. KOELTL, District Judge:

    A conference is scheduled for September 27, 2021 at 4:30 p.m. The parties may access the conference using the following dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          September 17, 2021

                                    John G. Koeltl
                             United States District Judge