# Exhibit 1

**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10019

(212) 235-0300

July 24, 2020

Michael Principe
GSE Worldwide
1500 Broadway
New York, NY  10036

Invoice#   2921    HJK
Our file#   60276    0013
Billing through   06/30/2020

Re:   Scoffield Post Award Proceedings

| PROFESSIONAL SERVICES | Hours | Amount |
|---|---|---|
| Kaplan, Howard J. | 6.20 | $6,820.00 |
| Roy, Chandni | 18.00 | $5,400.00 |
| Wang, Katie | 1.80 | $630.00 |
| Total Services | | 12,850.00 |
| | | |
| Westlaw Research | | 433.85 |
| Total Disbursements | | 433.85 |

Billing Summary
Total professional services          $12,850.00
Total expenses incurred                 $433.85
Courtesy Discount                      $1,927.50   CR
                                     ----------------
Total of new charges for this invoice   $11,356.35

Total balance due to Kaplan Rice LLP    $11,356.35

KAPLAN RICE LLP
60276    0013    GSE                                             Invoice#  2921        Page  2

Detail of Fees Billed

| | | | | |
|---|---|---|---|---|
| 06/28/2020 | HJK | ▮▮▮ | 1.70 hrs. | 1,870.00 |
| 06/28/2020 | KW | Research re: ▮▮▮ | 0.80 hrs. | 280.00 |
| 06/28/2020 | CR | Reviewed Kaiser's email re: vacating arbitration award; Research related ▮▮▮ | 1.50 hrs. | 450.00 |
| 06/29/2020 | HJK | Emails; telecon with ▮ ; ▮▮▮ ; telecon with RG. | 1.60 hrs. | 1,760.00 |
| 06/29/2020 | KW | Research re: ▮▮▮ | 0.50 hrs. | 175.00 |
| 06/29/2020 | CR | Review e-mail exchange between HK and A.Kaiser; Research re ▮▮▮ Teleconference with HK re research; Research re ▮▮▮ Research related ▮▮▮. Draft of motion to confirm, including research. | 8.60 hrs. | 2,580.00 |
| 06/30/2020 | HJK | Draft email to Kaiser; emails; review research. | 1.50 hrs. | 1,650.00 |
| 06/30/2020 | CR | Research related to ▮▮▮ ; Draft motion to confirm including research. | 6.70 hrs. | 2,010.00 |
| | | Total Services | | $12,850.00 |

Detail of Expenses Billed

KAPLAN RICE LLP
60276     0013     GSE                                         Invoice#   2921          Page  3

| | | |
|---|---|---:|
| 06/30/2020 | Westlaw Research | 382.14 |
| 06/30/2020 | Westlaw Research | 51.71 |
| | Total Disbursements | $433.85 |