# Exhibit 2

**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10019

(212) 235-0300

September 12, 2020

|  |  |  |  |
|---|---|---|---|
| Michael Principe | Invoice# | 2972 | HJK |
| GSE Worldwide | Our file# | 60276 | 0013 |
| 1500 Broadway | Billing through | 07/31/2020 | |
| New York, NY  10036 | | | |

Re:   Scoffield Post Award Proceedings

| PROFESSIONAL SERVICES | Hours | Amount |
|---|---:|---:|
| Kaplan, Howard J. | 20.90 | $22,990.00 |
| Eggenberger, Michael K | 3.70 | $1,665.00 |
| Roy, Chandni | 53.00 | $15,900.00 |
| Balkoski, Katherine T | 0.50 | $95.00 |
| Hine, Rebecca | 0.20 | $37.00 |
| Irizarry, Gabriel | 5.10 | $1,071.00 |
| Total Services | | 41,758.00 |

| | |
|---|---:|
| Federal Express | 241.47 |
| Court Database | 35.30 |
| Court Fees | 350.00 |
| Lexis Research | 11.82 |
| Westlaw Research | 1,686.93 |
| Total Disbursements | 2,325.52 |

Billing Summary

| | |
|---|---:|
| Total professional services | $41,758.00 |
| Total expenses incurred | $2,325.52 |
| Courtesy Discount | $6,263.70  CR |
| Total of new charges for this invoice | $37,819.82 |

KAPLAN RICE LLP
60276     0013     GSE                                        Invoice#   2972        Page  2

█████████████████████████                    ███████

KAPLAN RICE LLP
60276    0013    GSE                                              Invoice#  2972          Page  3

Detail of Fees Billed

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2020 | HJK | Emails to Kaiser; telecon with ▮. | 1.20 hrs. | 1,320.00 |
| 07/01/2020 | CR | Research re ▮ Draft motion to confirm including research; Draft HK affidavit in support of motion to confirm. | 4.40 hrs. | 1,320.00 |
| 07/02/2020 | CR | Revised draft motion to confirm, including additional research. | 5.90 hrs. | 1,770.00 |
| 07/04/2020 | HJK | Draft motion to confirm. | 2.00 hrs. | 2,200.00 |
| 07/05/2020 | HJK | Revise motion to confirm. | 1.50 hrs. | 1,650.00 |
| 07/06/2020 | CR | Draft and revise motion to confirm. Research related to motion to confirm. Revise affidavit in support of motion to confirm. Draft petition, including research ▮ | 2.30 hrs. | 690.00 |
| 07/07/2020 | CR | Revise and review draft motion. Revise petition. Draft notice of petition. Draft verification. | 3.30 hrs. | 990.00 |
| 07/08/2020 | HJK | Revise motion to confirm. | 1.30 hrs. | 1,430.00 |
| 07/08/2020 | CR | Draft and revised memorandum of law in support of petition to confirm, the petition to confirm, the notice of petition, and verification. | 3.30 hrs. | 990.00 |
| 07/09/2020 | CR | Revise and organize all petition papers, including exhibits. | 0.70 hrs. | 210.00 |
| 07/12/2020 | CR | Revised petition papers. | 2.60 hrs. | 780.00 |
| 07/13/2020 | HJK | Final comments to papers. | 2.50 hrs. | 2,750.00 |
| 07/13/2020 | CR | Reviewed and revised draft petition and memorandum of law and finalized for filing, including cite checks; Revised notice and researched procedure for service of petitions; Organized exhibits to petition; Correspondence ▮ Correspondence with process server re service of petition papers; E-mail filed petition papers to respondents' counsel. | 4.60 hrs. | 1,380.00 |
| 07/13/2020 | GI | Assist with organizing exhibits and petition papers in preparation for filing; File petition with exhibits and RJI utilizing ECF NYSEF; Coordinate service of ECF filed petition documents. | 2.50 hrs. | 525.00 |
| 07/15/2020 | GI | Assist with organizing stamped copies of petition papers for service of filing; File | 1.10 hrs. | 231.00 |

KAPLAN RICE LLP
60276     0013     GSE                                           Invoice#  2972         Page  4

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | amended notice of motion utilizing ECF NYSEF; Coordinate service of ECF filed motions papers documents. |  |  |
| 07/24/2020 | CR | Reviewed notice of removal. | 0.60 hrs. | 180.00 |
| 07/25/2020 | HJK | Review removal petition. | 1.50 hrs. | 1,650.00 |
| 07/27/2020 | GI | Review docket for all recent updates and filings. | 0.30 hrs. | 63.00 |
| 07/27/2020 | HJK | Review Scoffield removal; emails re: research. | 1.00 hrs. | 1,100.00 |
| 07/27/2020 | CR | Research of LMRA section 301 and other rules cited in notice of removal for preemption basis. | 7.10 hrs. | 2,130.00 |
| 07/28/2020 | GI | Review docket and download all recent filings. | 0.30 hrs. | 63.00 |
| 07/28/2020 | HJK | ███████████; letter re: default; review 301 research; telecon with CR; emails re: reply. | 2.50 hrs. | 2,750.00 |
| 07/28/2020 | CR | Draft letter to Kaiser; Review transcripts to ███████████████████ Research and draft segments of reply brief. | 3.50 hrs. | 1,050.00 |
| 07/29/2020 | GI | Review docket and download decision & order. | 0.20 hrs. | 42.00 |
| 07/29/2020 | RH | Saving NYSCEF docket to W drive. | 0.20 hrs. | 37.00 |
| 07/29/2020 | HJK | Telecons with CR; letter to Kaiser; review cross petition to outline reply. | 2.30 hrs. | 2,530.00 |
| 07/29/2020 | CR | Research, outline and draft segments of reply brief; Review Scoffield's cross petition to vacate; Draft stipulation to extend TLA's time to respond. | 7.50 hrs. | 2,250.00 |
| 07/29/2020 | KB | Downloading filings. | 0.30 hrs. | 57.00 |
| 07/30/2020 | GI | Assist with preparing and SDNY ECF file stipulation. | 0.50 hrs. | 105.00 |
| 07/30/2020 | HJK | Emails re: scheduling; telecon with ███; telecons with CR re: research; review brief. | 2.50 hrs. | 2,750.00 |
| 07/30/2020 | CR | Draft letter to court re extension; Draft stipulation of extension; Research on ███████████████████ | 3.50 hrs. | 1,050.00 |
| 07/30/2020 | KB | Saving SDNY filings. | 0.20 hrs. | 38.00 |
| 07/31/2020 | GI | Review docket for any recent filings and updates. | 0.20 hrs. | 42.00 |
| 07/31/2020 | HJK | Emails; telecon with CR; review research; telecon with ME; telecon with RG; telecon with JF. | 2.60 hrs. | 2,860.00 |
| 07/31/2020 | CR | Research ███████████████████████ Review cross petition | 3.70 hrs. | 1,110.00 |

KAPLAN RICE LLP
60276    0013    GSE                                                                 Invoice#  2972          Page  5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | to vacate including MLBPA regs; telecon with H. Kaplan; teleconf with M. Eggenberger re reply brief. |  |  |
| 07/31/2020 | MKE | Review removal and cross-petition filings; speak with H. Kaplan about response. | 3.70 hrs. | 1,665.00 |
|  |  | Total Services |  | $41,758.00 |

<u>Detail of Expenses Billed</u>

| Date | Description | Amount |
|---|---|---|
| 07/14/2020 | Court Fees | 350.00 |
| 07/20/2020 | 032, Federal Express; Invoice # 7-069-60868; 7/17/20 Chris Amezquita, 51 Frogmore Road, Mount Pleasant SC 29464 | 75.96 |
| 07/27/2020 | 032, Federal Express; Invoice # 7-075-88810; 7/22/20 Chris Amexquita, 11717 Darlington Avenue, Los Angeles CA 90049 | 89.43 |
| 07/27/2020 | 032, Federal Express; Invoice # 7-075-88809; 7/20/20 Meghan Whelan, 1775 Broadway Apt. 7, San Francisco, CA  94109 | 76.08 |
| 07/31/2020 | Westlaw Research | 92.70 |
| 07/31/2020 | Court Database | 35.30 |
| 07/31/2020 | Lexis Research | 11.82 |
| 07/31/2020 | Westlaw Research | 1,594.23 |
|  | Total Disbursements | $2,325.52 |