# Exhibit 3

**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10019

(212) 235-0300

October 9, 2020

Michael Principe
GSE Worldwide
1500 Broadway
New York, NY  10036

Invoice#   2999    HJK
Our file#   60276    0013
Billing through   08/31/2020

Re:   Scoffield Post Award Proceedings

| PROFESSIONAL SERVICES | Hours | Amount |
|---|---|---|
| Kaplan, Howard J. | 17.60 | $19,360.00 |
| Boken, Anne | 4.20 | $1,365.00 |
| Eggenberger, Michael K | 49.90 | $22,455.00 |
| Roy, Chandni | 38.10 | $11,430.00 |
| Irizarry, Gabriel | 6.30 | $1,323.00 |
| Total Services | | 55,933.00 |

| | |
|---|---|
| Court Database | 30.80 |
| Lexis Research | 20.17 |
| Westlaw Research | 1,168.51 |
| Total Disbursements | 1,219.48 |

Billing Summary
| | |
|---|---|
| Total professional services | $55,933.00 |
| Total expenses incurred | $1,219.48 |
| Courtesy Discount | $8,389.95   CR |
| Total of new charges for this invoice | $48,762.53 |

KAPLAN RICE LLP
60276     0013     GSE                                                      Invoice#   2999          Page  2

Detail of Fees Billed

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2020 | HJK | Outline brief. | 1.20 hrs. | 1,320.00 |
| 08/02/2020 | HJK | Emails re: research. | 0.70 hrs. | 770.00 |
| 08/02/2020 | CR | Research; Review outline for opposition brief. | 5.30 hrs. | 1,590.00 |
| 08/02/2020 | MKE | Review cross-petition to vacate arbitration award; review case law cited therein; perform legal research on Section 301 preemption. | 4.50 hrs. | 2,025.00 |
| 08/03/2020 | HJK | Emails re: motion to vacate. | 0.80 hrs. | 880.00 |
| 08/03/2020 | CR | Draft opposition brief including research. | 3.50 hrs. | 1,050.00 |
| 08/03/2020 | MKE | Review case law cited by Respondents in their motion to vacate arbitration award; draft chart comparing same; draft email summaries of legal research for same. | 5.70 hrs. | 2,565.00 |
| 08/04/2020 | CR | Draft opposition brief including research. | 3.80 hrs. | 1,140.00 |
| 08/04/2020 | MKE | Speak with C. Roy re [redacted] draft legal arguments for same; perform legal research for same. | 3.10 hrs. | 1,395.00 |
| 08/05/2020 | CR | Draft opposition brief including research. | 2.00 hrs. | 600.00 |
| 08/05/2020 | MKE | Speak with H. Kaplan and C. Roy [redacted] draft legal arguments for same; perform legal research for same. | 4.30 hrs. | 1,935.00 |
| 08/06/2020 | HJK | [redacted] | 2.50 hrs. | 2,750.00 |
| 08/06/2020 | MKE | Draft legal arguments for response/reply brief to confirm arbitration award. | 7.20 hrs. | 3,240.00 |
| 08/07/2020 | HJK | Letter re: Amicus. | 0.50 hrs. | 550.00 |
| 08/07/2020 | GI | Review and SDNY ECF file letter to judge. | 0.50 hrs. | 105.00 |
| 08/07/2020 | CR | Draft opposition brief including research. | 4.20 hrs. | 1,260.00 |
| 08/07/2020 | MKE | Edit legal arguments for response/reply brief to confirm arbitration award; edit joint letter to court re sealing procedures. | 3.10 hrs. | 1,395.00 |
| 08/09/2020 | HJK | Revise brief; read 301 cases. | 3.50 hrs. | 3,850.00 |
| 08/09/2020 | MKE | Perform legal research [redacted] prepare summary of same. | 1.80 hrs. | 810.00 |
| 08/10/2020 | HJK | Revise brief; review research; emails. | 1.70 hrs. | 1,870.00 |
| 08/10/2020 | CR | Draft opposition brief including research. | 2.70 hrs. | 810.00 |
| 08/10/2020 | GI | Research NY e-filing protocols for request to seal documents. | 0.50 hrs. | 105.00 |
| 08/10/2020 | MKE | Perform legal research [redacted]; perform legal research [redacted]. | 4.10 hrs. | 1,845.00 |

KAPLAN RICE LLP
60276    0013    GSE                                           Invoice#  2999         Page  3

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ▇▇▇▇▇▇▇; draft summary of same; propose edits to brief re same. |  |  |
| 08/11/2020 | CR | Research for opposition brief including for motion to seal in SDNY and NYS supreme; E-mail to Reade and Kaiser re motion to seal; teleconference with H.K. and M.E. | 4.80 hrs. | 1,440.00 |
| 08/11/2020 | GI | Review docket and download recent filings for review; retrieve, organize and print cases for review utilizing west law. | 0.70 hrs. | 147.00 |
| 08/11/2020 | MKE | Perform legal research ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ draft legal arguments for brief ISO petition to confirm arbitration award. | 3.80 hrs. | 1,710.00 |
| 08/12/2020 | HJK | Comments on brief; review amicus order. | 1.40 hrs. | 1,540.00 |
| 08/12/2020 | GI | Review docket and calendar schedule. | 0.40 hrs. | 84.00 |
| 08/12/2020 | MKE | Draft legal arguments for response/reply brief for petition to confirm arbitration award; review Respondents' arbitration filings for same. | 3.10 hrs. | 1,395.00 |
| 08/13/2020 | AB | Legal research re: ▇▇▇▇▇▇▇ | 4.20 hrs. | 1,365.00 |
| 08/13/2020 | HJK | Revise brief; research; emails and telecons. | 1.50 hrs. | 1,650.00 |
| 08/13/2020 | CR | Research re substantial performance; Edits to opposition brief including additional research; Redlined Kaiser's draft of letter to seal; Emails. | 4.60 hrs. | 1,380.00 |
| 08/13/2020 | MKE | Draft/edit the response/reply brief for petition to confirm arbitration award; speak with H. Kaplan and C. Roy re same; perform legal research for same. | 3.80 hrs. | 1,710.00 |
| 08/14/2020 | GI | Review, organize and SDNY ECF file Opposition to cross petition. | 1.40 hrs. | 294.00 |
| 08/14/2020 | HJK | Revise brief; revise motion to seal. | 2.00 hrs. | 2,200.00 |
| 08/14/2020 | CR | Draft letter to Judge Koeltl for additional words; Draft and edit opposition brief and supporting documents and preparation for filing; Reviewed MLBPA letter requesting to seal; Edited Kaiser's draft letter; Emails. | 2.50 hrs. | 750.00 |
| 08/14/2020 | MKE | Edit response/reply brief for petition to confirm arbitration award; speak with H. Kaplan re same; review procedures for filing under seal for same; review Kaplan Declaration and exhibits for same. | 2.80 hrs. | 1,260.00 |

KAPLAN RICE LLP
60276     0013     GSE                                      Invoice# 2999          Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/2020 | HJK | Emails re: sealing request. | 0.30 hrs. | 330.00 |
| 08/16/2020 | CR | Emails; Reviewed filed brief for typographical errors. | 0.90 hrs. | 270.00 |
| 08/17/2020 | GI | Review, organize & SDNY ECF file amended brief and letter to Judge Koeltl. | 0.80 hrs. | 168.00 |
| 08/19/2020 | CR | Emails. | 0.10 hrs. | 30.00 |
| ■■■■ | ■■ | ■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 08/21/2020 | HJK | Correspondence re: MLBPA amicus brief. | 0.30 hrs. | 330.00 |
| 08/21/2020 | MKE | Perform legal research on time to respond to amicus briefs. | 0.60 hrs. | 270.00 |
| 08/22/2020 | HJK | Read MLBPA brief; emails. | 1.20 hrs. | 1,320.00 |
| 08/22/2020 | CR | Emails. | 0.10 hrs. | 30.00 |
| 08/23/2020 | CR | Reviewed opposition brief and marked for redactions; Drafted rule 7.1 statement. | 1.10 hrs. | 330.00 |
| 08/23/2020 | MKE | Edit proposed redactions to response/reply brief. | 0.40 hrs. | 180.00 |
| 08/24/2020 | CR | Marked and reviewed petition for redactions; Marked and reviewed memorandum of law for redactions; Revised rule 7.1 statement including emails and filing; Reviewed draft letter to court in response to Kaiser's request to respond to amicus brief; Prepare order to show cause to seal documents in NYS supreme. | 2.40 hrs. | 720.00 |
| 08/24/2020 | GI | Prepare and SDNY ECF file rule 7.1 Statement; Review docket and download all recent filings for review; Assist with redacting documents in preparation for filing. | 1.60 hrs. | 336.00 |
| 08/24/2020 | MKE | Review proposed redactions; draft letter to court re reply to amicus brief. | 0.50 hrs. | 225.00 |
| 08/28/2020 | CR | Emails. | 0.10 hrs. | 30.00 |
| 08/31/2020 | MKE | Review respondents' reply brief; take notes on same. | 1.10 hrs. | 495.00 |

                                            Total Services                          $55,933.00

Detail of Expenses Billed

| Date | Description | Amount |
|---|---|---|
| 08/31/2020 | Court Database | 21.90 |
| 08/31/2020 | Court Database | 8.90 |
| 08/31/2020 | Lexis Research | 12.28 |
| 08/31/2020 | Lexis Research | 7.89 |
| 08/31/2020 | Westlaw Research | 923.77 |
| 08/31/2020 | Westlaw Research | 244.74 |

                                            Total Disbursements                     $1,219.48