# ALSTON & BIRD

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Reade W. Seligmann                    Direct Dial: 212-210-9453                    Email: reade.seligmann@alston.com

October 19, 2021

**VIA ECF**

APPLICATION GRANTED
SO ORDERED

The Honorable John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

John G. Koeltl, U.S.D.J.

10/20/21

Re:   **The Legacy Agency, Inc. v. Brodie Scoffield et al.**
      **No. 1:20-cv-5771 (JGK)**

Dear Judge Koeltl:

This firm is counsel to Respondents/Defendants Brodie Scoffield, Meghan Whelan, and Chris Amezquita in this action. In its Order, dated August 18, 2020, the Court granted the parties' requests that all future filings redact any quotation of the subject arbitral award and that all future filings consisting of materials submitted in the subject arbitration be filed under seal. (*See* D.E. 18). Respondents/Defendants write pursuant to the August 18 Order to seek leave to file a redacted Memorandum of Law in Opposition to Petitioner's Motion for Attorneys' Fees, which contains references to the specific findings made in connection with the subject arbitral award.

Wherefore, Respondents/Defendants respectfully request that their letter motion to file a redacted Memorandum of Law in Opposition to Petitioner's Motion for Attorneys' Fees, and an unredacted Memorandum of Law in Opposition to Petitioner's Motion for Attorneys' Fees under seal, be granted.

Respectfully submitted,

*/s/ Reade W. Seligmann*
READE W. SELIGMANN

cc: Counsel of Record